

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 27, 2017

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LANA KOROLEVA<br>Tel.: (212) 356-4377<br>lkorolev@law.nyc.gov |
|---|---|---|

November 22, 2017

**BY ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: P.B. *et al.*, v. NY City Dep't of Educ., 17-cv-06470 (KPF)
       <u>Joint request to adjourn the initial pretrial conference</u>

Dear Judge Failla:

  I am the attorney assigned to represent defendant, the New York City Department of Education, in the above-referenced action. I write on behalf of both parties to respectfully request an adjournment of the initial pretrial conference scheduled for November 30, 2017 at 2:00 p.m. for approximately 30 days to allow the parties to seek to resolve Plaintiffs' claims without the Court's intervention and to minimize having Plaintiffs' counsel incur additional fees. The parties are available December 27-29, 2017 or a later date that is convenient to the Court. This is the parties' first request for an adjournment.

  After conducting a review of the underlying administrative case for which Plaintiffs seek attorneys' fees, as well as counsel's billing records, the Law Department has obtained authority to settle Plaintiffs' claims and made an initial offer of settlement earlier today. The parties are now attempting to negotiate and document a full settlement.

  The parties are hopeful that they will be able to reach a settlement of the case within the next 30 days. The parties will immediately apprise the Court if they reach a settlement, or if a settlement conference would be of assistance.

Thank you for your consideration.

                        Respectfully,

                        s/ *Lana Koroleva*
                        Lana Koroleva
                        Counsel for Defendant


                        s/ *Gary S. Mayerson*
                        Gary S. Mayerson
                        Counsel for Plaintiffs

Application GRANTED. The initial pretrial conference, previously scheduled for November 30, 2017, at 2:00 p.m., is hereby ADJOURNED until **December 28, 2017, at 2:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:    November 27, 2017      SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE